Ralph E. Ellinwood
Ralph E. Ellinwood,
Attorney at Law, PLLC
SBA:  3890
PO Box 40158
Tucson, AZ 85717
Phone: (520) 413-2323
Fax: (855) 817-6636
ree@yourbestdefense.com

Amy P. Knight
Knight Law Firm, PC
SBA: 31374
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Phone: 520 878-8849
amy@amyknightlaw.com

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terrence Bressi,<br><br>                          Plaintiff,<br><br>         vs.<br><br>(1)     Pima County Sheriff Mark Napier, in his individual and official capacities, *et al.,*<br><br>                          Defendants. | Case No. 4:18-cv-00186 DCB<br><br>STATEMENT<br>OF UNDISPUTED<br>MATERIAL FACTS |

## STATEMENT OF UNDISPUTED MATERIAL FACTS

1.      The United States Border Patrol has continuously operated a traffic checkpoint on SR-86 at milepost 146.5 since 2010. (Fed. Answer, ¶ 2 [Doc 55]).

2.      The Border Patrol now considers the SR-86 checkpoint to be a permanent checkpoint, and it is staffed at all times. (**Ex. 1:** BP Depo, pp. 20-21, 30).

1

Location

3.      The United States Border Patrol has no documentation of how the location of the SR-86 checkpoint was selected and does not know who selected the location or how the location was chosen (**Ex. 1:** BP Depo, pp.9-10, 27-29). The only documentation the Border Patrol has discussing the SR-86 checkpoint's location is a memo dated 2016. (**Ex. 20:** Tucson Sector Checkpoint Memo dated 2016)

4.      The Border Patrol does not keep track of how many vehicles pass through the checkpoint each day. (**Ex. 1:** BP Depo, p. 50)

5.      SR-86 is an east-west road that at no point intersects the US-Mexico Border. (**Ex. 1:**  BP Depo, pp. 30-31)

6.      The United States Border Patrol operates checkpoints on all three north-south roads leading to the border intersected by SR-86: SR 85, SR 286, and I-19 (**Ex. 1:** BP Depo, p. 31).

7.      SR-86 is the main route by which individuals can travel between Tucson and the Kitt Peak National Observatory. (**Ex. 1:** BP Depo, p. 17).

Purpose and Effectiveness

8.      The United States Border Patrol states on its public website, "Traffic checks are conducted on major highways leading away from the border to (1) detect and apprehend illegal aliens attempting to travel further into the interior of the United States after evading detection at the border and (2) to detect illegal narcotics." (**Ex. 2:** printout from https://www.cbp.gov/border-security/along-us-borders/overview)

2

9.     The United States Border Patrol has represented to the Arizona Department of Transportation, in seeking an encroachment permit, that one main purpose of the SR-86 checkpoint is deterring narcotics smuggling. (**Ex. 3:** USA 0059; USA 310-315)

10.    For the four years for which the Border Patrol has provided statistics, the number of immigration-related vs. narcotics-related arrests (individual people), and the number of immigration-related vs. narcotics-related events (encounters, which could yield multiple arrests) and total arrests (including immigration, narcotics, and other non-immigration) at the SR-86 checkpoint are as follows: (**Ex. 4:** Stats)

|  | ARRESTS | | EVENTS | | TOTAL ARRESTS |
|---|---|---|---|---|---|
|  | Immigration | Narcotics | Immigration | Narcotics |  |
| FY2017 | 8 | 26 | 4 | 43 | 74 |
| FY2018 | 81 | 55 | 25 | 33 | 174 |
| FY2019 | 51 | 36 | 19 | 27 | 121 |
| FY2020 | 117 | 36 | 35 | 35 | 172 |

11.    The United States Border Patrol does not routinely track the numbers of immigration vs. narcotics-related events and arrests, but rather produces counts of these events when required in litigation. (**Ex. 1:** BP Depo, p. 26 (Agent Teran does not know how many concealed non-citizens have been detected); BP Depo, p. 60)

12.    Customs and Border Protection publishes yearly enforcement statistics on its website. It reports statistics for various types of encounters and enforcement actions, arrests of undocumented people with criminal records, gang affiliated enforcement, and drug seizures (https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics) as well as more detailed demographic information for

undocumented    people    apprehended    in    the    Southwest    border    region
(https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters-by-component). Out of all this published data, the only report on checkpoints is in the "drug seizures" section, where the agency reports "Monthly U.S. Border Patrol Nationwide Checkpoint Drug Seizures." (**Ex. 5:** Statistical printout of monthly report)

13.    All Border Patrol agents are cross-designated with so-called "Title 21 authority," which includes the power to enforce federal criminal laws pertaining to narcotics. (**Ex. 6:** Fed. Response to RFP No.6; **Ex. 7:** Memorandum of Understanding Between BP and DEA)

Detection Methods

14.    Agents at the SR-86 checkpoint routinely use trained canines, a backscatter X-ray device, and personal radiation detectors to inspect vehicles. (**Ex. 1:** BP Depo, pp. 79-80)

15.    Some agents at the SR-86 checkpoint have access to databases that contain identification and criminal history information (**Ex. 1:** BP Depo, pp. 65-66, 71; **Ex. 6:** Fed. Response to Interrogatory No. 5). While agents are trained on using the databases, the agency does not have specific rules or criteria independent of the general rules concerning access to each database for when agents at the SR-86 checkpoint may access these databases. (**Ex. 1:** BP Depo, p. 73)

16.     The canines used at the SR-86 checkpoint are trained to detect narcotics and concealed humans (**Ex. 1:** BP Depo, pp. 35-36; **Ex. 6:** Fed. Response to Interrogatory No. 2).

17.     Canines are regularly used in the area of the checkpoint known as "pre-primary," before a driver has an initial encounter with any agents. (**Ex. 1:** BP Depo, p. 35)

18.     The Border Patrol does not know how many times, if ever, the use of canines at the SR-86 checkpoint has led to the discovery of concealed humans. (**Ex. 1:** BP Depo, p. 49)

19.     The Border Patrol operated a pilot program for several months where it installed agency-owned automatic license plate readers at the SR-86 checkpoint. (**Ex. 1:** BP Depo, p. 32).

20.     Drug Enforcement Agency-owned license plate readers operate in the immediate vicinity of, but outside what the agency considers to be the official footprint of, the checkpoint. (**Ex. 1:** BP Depo, pp. 22-23; **Ex. 6:** Fed. Response to Interrogatory No. 4). The Border Patrol has acknowledged the presence of this system in its application for an encroachment permit for the checkpoint. (**Ex. 3:** USA-0059) (also cited above).

Operation

21.     It is the Border Patrol's policy not to exempt any vehicle, including those of known local commuters or residents, from inspection at the SR-86

1    checkpoint. They do not "wave through" individuals known to them whom they know

2    to be U.S. citizens. (**Ex. 1:** BP Depo, p. 79)

3         22.    Each car passing through the checkpoint enters an area known as

4    "primary inspection," where it is required to stop and a Border Patrol agent asks the

5    occupants if they are United States citizens and conducts an "open view" inspection

6    of the vehicle. (**Ex. 8:** Academy Instructor Guide (traffic check), p. 13)

7         23.    During this initial encounter, agents are trained to look both for signs

8    that the occupants may not be United States citizens or authorized to be present, and

9    for indications of federal criminal activity of any kind. (**Ex. 9:** Academy Student and

10   Instructor Traffic Check Slide 18; **Ex. 10:** Field Training Instructor Guide, p. 10.1.1-

11   5 (USA-02270)) ("the basis of a primary checkpoint inspection is the decision to

12   allow individuals to proceed or refer them to secondary inspection" based on

13   "immigration purposes," "Title 21 authority in conjunction with reasonable

14   suspicion" or "[r]easonable suspicion for any federal crime and state violations in

15   some jurisdictions.").

16        24.    Agents have discretion of whether to direct any vehicle passing through

17   the checkpoint to a secondary inspection area. (**Ex. 1:** BP Depo, pp. 77-78)

18        25.    Agents may refer a vehicle to a secondary inspection area because the

19   agent has reasonable suspicion that the occupant is engaged in non-immigration-

20   related criminal activity. (**Ex. 9:** Academy Student and Instructor Traffic Check Slide

21   18); **Ex. 8:** Instructor Guide Lesson 3, pp. 1-13 (USA 0418); **Ex. 10:** Field Training

22   Instructor Guide, p. 10.1.1-4 (USA-02269) (emphasizing secondary referral is

appropriate based on Title 21 authority or "[r]easonable suspicion for any federal crime and state violations in some jurisdictions")).

26.     Agents sometimes detain individuals passing through the checkpoint, including directing them to the secondary inspection area, not for immigration reasons, but at the request of other law enforcement agencies who do not enforce immigration laws. (**Ex. 11:** PCSD reports, 10/30/13 (2 reports), 11/13/13, 11/14/13, 11/26/13 (2 reports), 1/17/14, 2/25/14 (2 reports), 5/29/14, 10/5/15, 4/6/16, 3/20/17, 4/10/17).

27.     It is the policy of the United States Border Patrol to detain individuals passing through the checkpoint until they have determined their citizenship. (**Ex. 1:** BP Depo, p. 84)

Terrence Bressi

28.     The Border Patrol is aware that Plaintiff Terrence Bressi is a United States citizen. (**Ex. 12:** Extremely Uncooperative Motorist flyer)

29.     Many Border Patrol agents who often work at the SR-86 checkpoint recognize Mr. Bressi and his vehicle on sight. (**Ex. 1:** BP Depo, p. 16)

30.     Border Patrol agents have displayed a poster with Mr. Bressi's name and photograph, with a statement that he is a United States citizen, inside a structure at the SR-86 checkpoint. (**Ex. 12:** Extremely Uncooperative Motorist flyer.; **Ex. 6:** Fed. Response to Interrogatory Nos. 9-10)

31.     When Mr. Bressi passes through the checkpoint, agents often do not allow him to proceed without stopping him to question him about his citizenship, even when they recognize him. (**Ex. 1:** BP Depo, p. 79)

32.     There is no evidence agents at the SR-86 checkpoint have ever suspected Mr. Bressi of involvement with human smuggling.

33.     Mr. Bressi has been traveling through the SR-86 checkpoint since its inception, and only ever drives that route for the purpose of returning to Tucson from his worksite at the Kitt Peak National Observatory. (**Ex. 13:** Bressi Depo, p. 6)

34.     Prior to the COVID-19 pandemic, Mr. Bressi traveled through the SR-86 checkpoint an average of 50-60 times per year. (**Ex. 13:** Bressi Depo, p. 7)

35.     When COVID restrictions are lifted, Mr. Bressi intends to return to traditional in-person observing work at the observatory, which will require him to resume passing through the SR-86 checkpoint. (**Ex. 13:** Bressi Depo, p. 8)

Pima County

36.     The Department of Homeland Security operates a grant program known as Operation Stonegarden which provides funds to local law enforcement agencies to compensate officers for overtime work during which they are assigned to assist the Border Patrol.

37.     The Pima County Sheriff's Department participated in Operation Stonegarden from at least 2008-2018.  (**Ex. 14: S**ubgrantee Agreements)

38.     Operation Stonegarden deployments were directed and approved by Customs and Border Protection/Border Patrol. (**Ex. 15:** OPSG Pre-Deployment

1  Training Presentation, p. 17) The arrangement required the Pima County Sheriff's

2  Department to "coordinate" with the relevant Border Patrol stations to "conduct joint

3  patrols" and "conduct joint operations." (**Ex. 16:** Operations Order Report, USA –

4  289-90)

5      39.     Pima County Sheriff's Deputies participating in Operation Stonegarden

6  were required to submit a "Daily Activity Report" for each Stonegarden shift. Those

7  reports were submitted to the Pima County Sheriff's Department, whose leadership

8  had access to the information they contained. (**Ex. 15:** OPSG Pre-Deployment

9  Training Presentation, p. 13)

10     40.     Pima County Sheriff's Deputies participating in Operation Stonegarden

11  were also required to submit regular incident reports, as they would for regular shifts,

12  for actions taken during Operation Stonegarden shifts, documenting interactions such

13  as citations and arrests. Those reports were also available to the Department's

14  leadership. (**Ex. 11:** Pima County Sheriff's Incident Reports)

15     41.     Between 2013 and 2017, Pima County Sheriff's deputies were regularly

16  stationed at the SR-86 checkpoint to carry out general law enforcement duties, as

17  reflected in the 56 attached incident reports maintained by the Sheriff's Department

18  in which deputies report working at the checkpoint and enforcing state laws with no

19  report of having been called there by the Border Patrol for a specific purpose. Deputy

20  Ryan Roher confirmed this fact in a 2018 interview in state criminal proceedings.

21  (**Ex. 11:** Incident Reports; **Ex. 17:** Roher RFA response; **Ex. 18:** Roher transcript,

22  pp. 23-25, 28, 39)

1    42.     Pima County Sheriff's Deputies have no authority to enforce federal

2    immigration laws. (**Ex. 19:** CLEPC Stonegarden Report)

3    43.     The Pima County Board of Supervisors formally approved the County's

4    participation in Operation Stonegarden at least once each year between 2013 and

5    2017.  (**Ex. 14:** Subgrantee Agreements)

6    44.     Between 2013 and 2017, it was the official policy of Pima County to

7    allow deputies to be stationed as directed by the Border Patrol during Operation

8    Stonegarden shifts, and those assignments regularly included working at the SR-86

9    checkpoint conducting general law enforcement activities such as enforcing vehicle

10   equipment requirements and checking for outstanding warrants.

11   Dated this 10th day of June 2021.

13                                Ralph E. Ellinwood, Attorney at Law, PLLC
14                                Knight Law Firm, PC

16                                /s/ Ralph E. Ellinwood / Amy Knight
17                                Ralph E. Ellinwood
18                                Amy P. Knight
19                                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June 2021 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by operation of the court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/ Amy P. Knight
Attorney for Plaintiff

ECF copy to:

Andrew J. Petersen, Esq.
Humphrey & Petersen, P.C.
3861 E. Third Street
Tucson, AZ 85716
APetersen@humphreyandpetersen.com

Dennis Bastron, Esq.
Assistant U.S. Attorney
405 W. Congress Street, Suite 4800
Tucson, AZ 85701
Dennis.Bastron@usdoj.gov