Ralph E. Ellinwood
Ralph E. Ellinwood,
Attorney at Law, PLLC
SBA: 3890
PO Box 40158
Tucson, AZ 85717
Phone: (520) 413-2323
Fax: (855) 817-6636
ree@yourbestdefense.com

Amy P. Knight
Knight Law Firm, PC
SBA: 31374
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Phone: 520 878-8849
amy@amyknightlaw.com

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terrence Bressi,<br><br>                          Plaintiff,<br><br>         vs.<br><br>(1)   Pima County Sheriff Mark Napier, in his individual and official capacities, *et al.*,<br><br>                          Defendants. | Case No. 4:18-cv-00186 DCB<br><br>DECLARATION OF AMY P. KNIGHT IN SUPPORT OF PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT |

**DECLARATION OF AMY P. KNIGHT**

I, Amy P. Knight, declare:

1. I am an attorney at Knight Law Firm, PC in Tucson, Arizona, and counsel of record for Plaintiff in this case. I am licensed to practice law in Arizona and admitted to practice in this Court.

1

2. I have personal knowledge of the information set forth in this Declaration, or knowledge based on my review of records maintained by my firm for this case. If called to testify, I would testify to the truth of the following.

3. Exhibit 1 to this Declaration is a transcript of the deposition of Border Patrol agent Roberto Teran, whom the Border Patrol designated to testify on its behalf pursuant to Federal Rule of Civil Procedure 30(b)(6), conducted on April 29, 2021.

4. Exhibits 2 and 5 are printouts from websites maintained by Customs and Border Protection that I personally accessed on June 8, 2021. These exhibits show the pages exactly as I accessed them on that date.

5. Exhibits 3, 4, 7, 8, 9, 10, 12, 16, and 20 are documents produced by the federal defendants in this litigation. Of these, Exhibits 7-10 and 20 are subject to a protective order that disallows their public filing. Accordingly, those documents are not attached to this declaration, but are being submitted separately under seal.

6. Exhibits 11, 14, and 15 are documents produced by Pima County in this litigation.

7. Exhibit 13 is excerpts from the deposition of Plaintiff conducted by the federal defendants on March 8, 2021.

8. Exhibits 6 and 17 are written discovery responses provided by defendants in this litigation.

9. Exhibit 18 is excerpts from the transcript of an interview of Pima County Sheriff's Deputy Ryan Roher in a criminal case against Plaintiff arising from some of the same events that are at issue in this lawsuit. A copy of this transcript was

disclosed to all defendants at the outset of this litigation, and Deputy Roher has admitted that, subject to a comparison of an audio recording to the transcript, it reflects what he said in the interview and he was being truthful to the best of his knowledge.

Dated this 10th day of June 2021.

/s/ Amy P. Knight
Declarant, Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June 2021 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing the transmittal of a Notice of Electronic Filing.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Amy P. Knight
Attorney for Plaintiff

ECF copy to:

Andrew J. Petersen, Esq.
Humphrey & Petersen, P.C.
3861 E. Third Street
Tucson, AZ 85716
APetersen@humphreyandpetersen.com

Dennis Bastron, Esq.
Assistant U.S. Attorney
405 W. Congress Street, Suite 4800
Tucson, AZ 85701
Dennis.Bastron@usdoj.gov