Ralph E. Ellinwood
Ralph E. Ellinwood,
Attorney at Law, PLLC
SBA:  3890
PO Box 40158
Tucson, AZ 85717
Phone: (520) 413-2323
Fax: (855) 817-6636
ree@yourbestdefense.com

Amy P. Knight
Knight Law Firm, PC
SBA: 31374
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Phone: 520 878-8849
amy@amyknightlaw.com

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terrence Bressi,<br><br>                              Plaintiff,<br><br>        vs.<br><br>(1)     Pima County Sheriff Mark Napier, in his individual and official capacities, *et al.,*<br><br>                              Defendants. | Case No. 4:18-cv-00186 DCB<br><br>INDEX OF EXHIBITS |

## **INDEX OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | 30(b)(6) Deposition of Roberto Teran taken on April 29, 2021 |
| 2 | Printout from the U.S. Customs and Border Patrol website accessed on June 8, 2021 |
| 3 | Two ADOT Highway Encroachment Permit Applications dated October 2, 2018, and November 4, 2019, identified with Bates Nos. USA 0059 and USA 310-315 |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 4 | Statistics regarding U.S. Border Patrol Immigration and Narcotic Related Events at TUS's CTN86 Checkpoint for the following fiscal years:  FY 12/1/16-11/30/17, Bates No. USA 2568; FY 12/1/17-11/30/18, Bates No. USA 2569; FY 12/1/18-11/30/19, Bates No. USA 0316; and FY 12/1/19-11/30/20, Bates No. USA 2567 |
| 5 | CBP Enforcement Statistics for FY 2021, website printout |
| 6 | Federal Defendants' Response to Plaintiff's Interrogatories for Tucson Sector Chief, signed by Kerry Riden on December 15, 2020 |
| 7 | Standard Operating Procedures, Memorandum of Understanding between USBP/Tucson Sector and U.S. DEA dated April 28, 2011<br>**SUBJECT TO PROTECTIVE ORDER**<br>**FILED UNDER SEAL** |
| 8 | USBP Academy Instructor Guide Traffic Check, identified with Bates Nos. USA 0334-66<br>**SUBJECT TO PROTECTIVE ORDER**<br>**FILED UNDER SEAL** |
| 9 | USBP Academy Student Guide Traffic Check, identified with Bates Nos. USA 0367-98<br>**SUBJECT TO PROTECTIVE ORDER**<br>**FILED UNDER SEAL** |
| 10 | Field Training Program Instructor's Guide Checkpoints, identified with Bates Nos. USA 0266-74<br>**SUBJECT TO PROTECTIVE ORDER**<br>**FILED UNDER SEAL** |
| 11 | Incident Reports filed by Pima County Sheriff's Department |
| 12 | Extremely Uncooperative Motorist flyer depicting Plaintiff and dated March 29, 2016 |
| 13 | Excerpts from the Deposition of Terrence Bressi taken on March 8, 2021:  Pages 6-8 |
| 14 | Subgrantee Agreements with Pima County regarding Operation Stonegarden identified as follows:  FY 2008-2009, Bates Nos. Pima County 010765-10828; FY 2009, Bates Nos. Pima County 10873-86; FY 2009, Bates Nos. Pima County 10902-15; FY 2010-2011, Bates Nos. Pima County 10842-72; FY 2012, Bates Nos. Pima County 10916-31; FY 2012, Bates Nos. Pima County 10958-80; FY 2013, Bates Nos. Pima County 10932-57; FY 2014-2016, Bates Nos. Pima County 10981-11063; FY 2017, |

| EXHIBIT | DESCRIPTION |
|---|---|
|  | Bates Nos. Pima County 11098-11123; FY 2018, Bates Nos. Pima County 11200-24 |
| 15 | Operation Stonegarden Pre-Deployment Training, Power Point, Bates Nos. Pima County 11734-61 |
| 16 | U.S. Department of Homeland Security, Bureau of Customs and Border Protection, dated October 1, 2018, for Op dates of September 1, 2018 to August 31, 2021, identified with Bates Nos. USA 280-309 |
| 17 | Defendant Roher's Response to Plaintiff Bressi's First Request for Admissions, dated November 18, 2020 |
| 18 | Excerpts from an Interview of Ryan Roher in a criminal case against Plaintiff:  Pages 23-25; 28; 39, identified with Bates Nos. BRE 3436-38; 3441; 3452 |
| 19 | Pima County Sheriff's Department Summary of Operation Stonegarden Efforts, identified with Bates No. Pima County 1350 |
| 20 | Tucson Sector Checkpoint Memo dated 2016<br>**SUBJECT TO PROTECTIVE ORDER**<br>**FILED UNDER SEAL** |

Dated this 10th day of June 2021.

/s/ Amy P. Knight
Attorney for Plaintiff

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of June 2021 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing the transmittal of a Notice of Electronic Filing.

I certify under penalty of perjury that the foregoing is true and correct.


/s/ Amy P. Knight_____
Attorney for Plaintiff

ECF copy to:

Andrew J. Petersen, Esq.
Humphrey & Petersen, P.C.
3861 E. Third Street
Tucson, AZ 85716
APetersen@humphreyandpetersen.com

Dennis Bastron, Esq.
Assistant U.S. Attorney
405 W. Congress Street, Suite 4800
Tucson, AZ 85701
Dennis.Bastron@usdoj.gov

4