Ralph E. Ellinwood
Ralph E. Ellinwood,
Attorney at Law, PLLC
SBA: 3890
PO Box 40158
Tucson, AZ 85717
Phone: (520) 413-2323
Fax: (855) 817-6636
ree@yourbestdefense.com

Amy P. Knight
Knight Law Firm, PC
SBA: 31374
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Phone: (520) 878-8849
amy@amyknightlaw.com

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terrence Bressi,<br><br>      Plaintiff,<br><br>  vs.<br><br>(1) Pima County Board of Supervisors;<br>(2) Pima County Deputy Sheriff Ryan Roher, in his individual capacity;<br>(3) Pima County Deputy Sheriff Brian Kunze, in his individual capacity;<br>(4) United States Department of Homeland Security;<br>(5) United States Customs & Border Protection;<br>(6) United States Office of Border Patrol;<br>(7) Kevin K. McAleenan, Acting Secretary, United States Department of | Case No. 4:18-cv-00186 DCB<br><br>NOTICE OF APPEAL<br>TO THE UNITED STATES<br>COURT OF APPEALS FOR THE<br>NINTH CIRCUIT |

Homeland Security, in his official capacity;
(8) John P. Sanders, Acting Commissioner, United States Customs & Border Protection, in his official capacity;
(9) Carla L. Provost, Chief, United States Border Patrol, in her official capacity;
(10) Rodolfo Karisch, Chief Patrol Agent-Tucson Sector, in his official capacity;
(11) United States of America,

                                         Defendants.

Terrence Bressi, the Plaintiff, appeals to the United States Court of Appeals for the Ninth Circuit from the January 10, 2022, Order [Doc. 185] and Judgment in a Civil Case [Doc. 186] regarding the Motions for Summary Judgment, inclusive of all exhibits and associated motions, filed by all parties [Docs. 104-184].

DATED this 20th day of January 2022.

/s/ Ralph E. Ellinwood

/s/ Amy P. Knight

Attorneys for Plaintiff/Appellant

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January 2022 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by operation of the court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/ Ralph E. Ellinwood

/s/ Amy P. Knight

Attorneys for Plaintiff/Appellant

ECF copy to:

Andrew J. Petersen, Esq.
Humphrey & Petersen, P.C.
APetersen@humphreyandpetersen.com

Dennis Bastron, Esq.
Assistant U.S. Attorney
Dennis.Bastron@usdoj.gov