**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terrence Bressi, | No. CV-18-00186-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Pima County Board of Supervisors, et al., | |
| Defendants. | |

Plaintiff Terrence Bressi having filed a Motion for Stay and Supersedeas Bond, which is unopposed by all Defendants, and the Court finding good cause,

**Accordingly,**

**IT IS ORDERED** that the Motion to Stay (Doc. 192) is GRANTED, and Plaintiff shall deposit the amount of $1,007.35 with the Clerk of the Court as a cash supersedeas bond to stay enforcement of the judgment while an appeal of this matter is pending in the Ninth Circuit.

**IT IS FURTHER ORDERED** that the deposit will serve as a supersedeas bond and stay any enforcement by Defendant while this matter is pending on appeal.

**IT IS FURTHER ORDERED** that interest on the award shall continue to accrue during the appeal. If the judgment in favor of the above-named Defendants is affirmed on appeal, when the mandate is final and can no longer be stayed pursuant to F.R.A.P. 41,

/////

/////

Defendants may have payment from the cash bond which, together with payment of any additional interest having accrued until time of payment, shall satisfy said cost award issued February 17, 2022.

   Dated this 10th day of March, 2022.

                Honorable David C. Bury
                United States District Judge